**ROECA, LOUIE & HIRAOKA**
A Limited Liability Law Partnership, LLP

ARTHUR F. ROECA      1717-0
*aroeca@rlhlaw.com*
APRIL LURIA            4687-0
*aluria@rlhlaw.com*
841 Bishop Street, Suite 900
Honolulu, Hawaii 96813-3917
Telephone:  (808) 538-7500
Facsimile:   (808) 521-9648

Attorneys for Defendant
Heather Clark

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KURT BUTLER,                      ) | CIVIL NO. 08-00203 HG-BMK |
|                                   ) | (Civil Rights) |
|         Plaintiff,                ) | |
|   vs.                             ) | FINDINGS AND |
|                                   ) | RECOMMENDATION TO GRANT |
| Maui Community Correctional       ) | DEFENDANT HEATHER CLARK'S |
| Center Warden ALAN NOUCHI         ) | PETITION FOR DETERMINATION |
| and Department of Public Safety   ) | OF GOOD FAITH SETTLEMENT |
| Employees LEONARD ANAKALEA;       ) | FILED JUNE 30, 2010 |
| HEATHER CLARK; PAUL               ) | |
| FERREIRA; PAMELA KNIGHT;          ) | |
| JENNIFER LOPEZ; SIAGAE MANU;      ) | |
| SHELDON MEDEIROS,                 ) | |
|                                   ) | |
|         Defendants.               ) | Trial: September 8, 2010 |
| _____   ) | |

772-001/Butler v. Dept. of Public Safety - Good Faith Settlement (ok to sign - Cheryl).wpd

FINDINGS AND RECOMMENDATION TO
GRANT DEFENDANT HEATHER CLARK'S
PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Defendant Heather Clark's Petition for Determination of Good Faith Settlement ("Petition"), came on for hearing before the Honorable Barry M. Kurren on July 27, 2010. Kurt Butler appeared *pro se*. April Luria appeared for Defendant Heather Clark. Miriam P. Loui appeared for Defendants Leonard Anakalea, Paul Ferreira, Jennifer Lopez, Siagae Manu and Sheldon Medeiros. Defendants Leonard Anakalea, Paul Ferreira, Jennifer Lopez, Siagae Manu and Sheldon Medeiros filed a Statement of Position with Regard to Defendant Heather Clark's Petition for Determination of Good Faith Settlement on July 14, 2010 and Defendant Heather Clark filed a Reply in Support of Petition for Determination of Good Faith Settlement on July 15, 2010.

Based on the Petition, Statement of Position, Reply, arguments at hearing and the record and files herein, the Court recommends that the Petition be GRANTED for the following reasons:

1. On May 6, 2008 Plaintiff filed his initial Complaint against Does 1-20. On September 30, 2008 Plaintiff filed an Amended Complaint against Maui Community Correctional Center Warden Alan Nouchi and Does 1-9. On April 28, 2009 Plaintiff filed a Second Amended Complaint which included Heather Clark and Pamela Knight as Defendants in this action.

2. Plaintiff's Second Amended Complaint alleges violations of 42 U.S.C. §§ 1983, 1985 and 1986 as a result of Plaintiff's detention at the Maui Community Correctional Center (MCCC) following his arrest on June 7, 2006.

3. While Plaintiff was incarcerated at MCCC, Defendants Heather Clark and Pamela Knight were working as Registered Nurses. Mr. Butler's Second Amended Complaint alleges that his civil rights were violated by Defendant Clark and Knight because of Clark and Knight's alleged failure to provide certain nursing care and services.

4. Defendant Clark has denied that her actions constituted deliberate indifference but has nonetheless agreed to compromise a disputed claim in order to avoid the time, expense, and intangible costs, including emotional distress and uncertainty, inherent in litigation.

5. Plaintiff has been unable to effect service of the Second Amended Complaint on Defendant Pamela Knight.

6. Timely notice of the Petition was provided pursuant to the Rules of the Court.

7. A determination of whether a settlement is made in good faith is left to the discretion of the court under the totality of all the relevant circumstances. Hawaii Revised Statutes § 663-15.5; *Troyer v. Adams*, 102 Hawaii 399, 402 (2003).

8. Considering the totality of the circumstances including but not limited to the allegations of the Plaintiff's Second Amended Complaint, the relative burdens of proof for each party's claims and defenses, and the consideration set forth in the settlement agreement, the settlement between Plaintiff Kurt Butler and Defendants Heather Clark and Pamela Knight has been entered into without collusion and with good faith by all parties thereto.

9. The Court FINDS and RECOMMENDS that Heather Clark's Petition for Determination of Good Faith be GRANTED and that the settlement be found subject to Hawaii Revised Statutes § 663.15.5 and that Defendants Heather Clark and Pamela

Knight are discharged from all liability, and that any claims, including those in Plaintiffs' Complaint filed against Defendants Heather Clark and Pamela Knight are dismissed with prejudice.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, July 30, 2010.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

_____

Kurt Butler v. Maui Community Correctional Center Warden Alan Nouchi, et. al, Civil . No. 08-00203 HG-BMK; FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT HEATHER CLARK'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED JUNE 30, 2010