IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Kurt Butler, | ) | 1:08-CV-00203-HG-BMK |
|     Plaintiff, | ) | |
| vs. | ) | |
| Alan Nouchi, Maui Community Correctional Center Warden; Leonard Anakalea; Heather Clark; Paul Ferreira; Pamela Knight; Jennifer Lopez; Siagae Manu and Sheldon Medeiros, | ) | |
|     Defendants. | ) | |

**ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT HEATHER CLARK'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT (Doc. 149)**

Findings and Recommendation (Doc. 149) having been filed and served on all parties on July 30, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 149) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 5, 2010.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge